# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00269-CR

**Edward Garcia, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-13-0715, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due September 15, 2014. Appellant has filed two motions requesting an extension of time to file the brief, which this Court granted. In granting the last extension, this Court advised appellant that no further extensions would be granted. Appellant has now filed a third motion requesting a 45-day extension of time to file the brief.

Appellant's third motion for extension of time to file the brief is granted in part. Appellant's counsel, Linda Icenhauer-Ramirez, is ordered to tender a brief in this cause no later than January 15, 2015. Failure to file the brief by that date may result in counsel being called before this Court to show cause why she should not be held in contempt for violating this order.

It is so ordered on this the 16th day of December, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

Do Not Publish